**Abe Solomon, appellee, v. Louis Oliff, appellant. Gen. No. 28,828.**

Fourth class action in contract by purchaser of goods, subsequently discovered to have been stolen. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this

court for the first district at the October term, 1923. Reversed with finding of facts. Opinion filed April 3, 1924.

B. M. Shaffner, for appellant. Irving Greenspahn, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.